# IN THE COURT OF APPEALS OF TENNESSEE
## MIDDLE SECTION AT NASHVILLE

RICKY HEMBREE,          )
                                    )
    Plaintiff/Appellant,   )
                                    )     Davidson Chancery
                                    )     No. 95-2874-I
VS.                          )
                                    )     Appeal No.
                                    )     01A01-9607-CH-00335
CHARLES TRAUGHBER,    )
CHAIRMAN, TENNESSEE    )
BOARD OF PAROLES,      )
                                    )
    Defendant/Appellee.   )

## CONCURRING OPINION

**FILED**

**December 11, 1996**

**Cecil W. Crowson**
**Appellate Court Clerk**

       I concur that the Board of Paroles had the discretion to grant or deny Mr. Hembree parole under the facts of this case. However, circumstances may arise wherein the board's discretion is not so broad. *See Totty v. Tennessee Dep't of Correction*, App. No. 01A01-9504-CV-00013, 1995 WL 700205 (Tenn. Ct. App. Nov. 29, 1995).

                                                  _____
                                                  WILLIAM C. KOCH, JR., JUDGE